NUMBER 13-01-247-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 ____________________________________________________________________ 



LAURA JEAN GALL , Appellant, 



v.

 

ROXIE HUFFMAN VIATOR , Appellee. 

____________________________________________________________________ 



On appeal from the 260th District Court 

of Orange County, Texas.

 ____________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



 Appellant, LAURA JEAN GALL , perfected an appeal from a judgment entered by the 260th District Court of Orange
County, Texas, in cause number D-000361-C. After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant requests that this Court dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 3rd day of May, 2001.